UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

MIHAELA ILLIANA POPA,

        Plaintiff,

-v-                                                No. 08 Civ. 8138 (LTS)(KNF)

PRICEWATERHOUSECOOPERS LLP,

        Defendants.

------------------------------------------------------x

                                                      **ORDER**

        On January 28, 2009, Defendant in the above-captioned case filed a motion to dismiss the Complaint. On February 27, 2009, pro se Plaintiff filed a change of address with the Court. According to the affidavit of service accompanying Defendant's motion, physical service of the motion was made on pro se Plaintiff at the address on file as of January 28, 2009. Because it appears that physical service may have been made to an outdated address, Defendant's motion to dismiss the Complaint is denied without prejudice to reinstatement upon filing with the Court an affidavit of service indicating that Plaintiff has been served at her current address. The Clerk of Court is respectfully requested to terminate docket entry no. 9.

        SO ORDERED.

Dated: New York, New York
       May 6, 2009

                                                                LAURA TAYLOR SWAIN
                                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 6 2009