```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIHAELA ILLIANA POPA,

                         Plaintiff,                    08 CIVIL 8138 (LTS)

           -against-                                      JUDGMENT

PRICEWATERHOUSECOOPERS LLP.,
                         Defendant.
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/09

Defendant having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Laura Taylor Swain, United States District Judge, and the Court, on August 14, 2009, having rendered its Memorandum Opinion and Order granting defendant's motion to dismiss, dismissing the complaint and closing the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 14, 2009, defendant's motion to dismiss is granted and the complaint is dismissed; accordingly, the case is closed.

**Dated:**  New York, New York
         August 18, 2009

                                             J. MICHAEL McMAHON
                                             _____Clerk of Court_____
                                        BY:
                                             _____
                                             **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____